| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kahn, Benjamin A. | 2. Court or Organization United States Bankruptcy Court (MDNC) | 3. Date of Report 09/20/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address United States Bankruptcy Court 101 South Edgeworth Street Greensboro, North Carolina 27401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Wells Fargo - salary |
| 2. 2016 | SunTrust - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Jan. 19-22, 2016 | San Francisco, CA | Construction / Bankruptcy Seminar | Hotel, travel, meals |
| 2. | Middle District Bankruptcy Seminar, Inc. and Administrative Office of the Court | April 14-16, 2016 | Durham, NC | Bankruptcy Seminar | Hotel, mileage, meals |
| 3. | National Conference of Bankruptcy Judges | October 25-30, 2016 | San Francisco, CA | Annual Meeting | Hotel, travel |
| 4. | NC Bar Association | November 17-18, 2016 | New Bern, NC | NC Bankruptcy Institute | Hotel, mileage, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Collegebound Fd 529 Agressive Growth 1996-1998 Alt R | A | Int./Div. | L | T | | | | | |
| 3. Collegebound Fd 529 Aggressive Growth 1999-2001 Alt R | A | Int./Div. | L | T | | | | | |
| 4. Wells Fargo Investment Account #1(H) | | | | | | | | | |
| 5. -SPY ETF | C | Dividend | | | Closed | 05/31/16 | M | | |
| 6. Wells Fargo HSA Account | A | Interest | | | Closed | 09/30/16 | J | | |
| 7. Wells Fargo Investment Account #3(H) | | | | | | | | | |
| 8. -SPY ETF | A | Dividend | | | Closed | 06/02/16 | J | | |
| 9. Wells Fargo Investment Account #4(H) | | | | | | | | | |
| 10. -SPY ETF | A | Dividend | | | Closed | 06/02/16 | J | | |
| 11. Wells Fargo IRA #1(H) | | | | | | | | | |
| 12. -Bank Deposit Sweep | A | Interest | | | Closed | 05/31/16 | J | | |
| 13. -AAPL Common | A | Dividend | | | Closed | 05/31/16 | J | | |
| 14. -SPY ETF | A | Dividend | | | Closed | 05/31/16 | L | | |
| 15. Wells Fargo 401K #1(H) | | | | | | | | | |
| 16. -Wells Fargo Stable Value Fund | A | Dividend | | | Closed | 06/29/16 | L | | |
| 17. -S&P 500 Index Fund | D | Dividend | | | Closed | 06/29/16 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Large Cap Growth Fund | B | Dividend | | | Closed | 06/29/16 | L | | |
| 19. -S&P Midcap Index | A | Dividend | | | Closed | 06/29/16 | L | | |
| 20. -Russell Small Cap Index Fund | A | Dividend | | | Closed | 06/29/16 | L | | |
| 21. -Wells Fargo International Index Fund | A | Dividend | | | Closed | 06/29/16 | L | | |
| 22. -Wells Fargo Emerging Market Equity Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 23. -Nasdaq 100 Index Fund | B | Dividend | | | Closed | 06/29/16 | L | | |
| 24. Wells Fargo 401K #2(H) | | | | | | | | | |
| 25. -Wells Fargo Stable Value Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 26. -S&P 500 Index Fund | B | Dividend | | | Closed | 06/29/16 | K | | |
| 27. -Wells Fargo Large Cap Growth Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 28. -S&P Midcap Index | A | Dividend | | | Closed | 06/29/16 | J | | |
| 29. -Russell Smallcap Index Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 30. -Wells Fargo International Index Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 31. -Wells Fargo Emerging Market Equity Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 32. -Nasdaq 100 Index Fund | A | Dividend | | | Closed | 06/29/16 | J | | |
| 33. Wells Fargo Investment Account #5(H) | | | | | | | | | |
| 34. -CD-12 month Deposit | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -S&P Midcap Index Fund | A | Dividend | J | T | | | | | |
| 36.   -Russell Smallcap Index Fund | A | Dividend | J | T | | | | | |
| 37.   -Nasdaq 100 Index Fund | A | Dividend | K | T | | | | | |
| 38.   -Emerging Market Equity Fund | A | Dividend | | | Sold | 01/04/16 | J | A | |
| 39.   -S&P 500 Index Fund | B | Dividend | K | T | | | | | |
| 40.   -Wells Fargo International Equity Fund | A | Dividend | J | T | | | | | |
| 41.   Wells Fargo Rollover IRA #1(H) | | | | | | | | | |
| 42.   -Morgan Stanley Frontier Emerging Markets Fund | A | Dividend | | | Closed | 06/14/16 | J | | |
| 43.   -Ridgeworth Seix Floating Rate Fund | A | Dividend | | | Closed | 06/14/16 | J | | |
| 44.   -Voya Real Estate Fund | A | Dividend | | | Closed | 07/11/16 | J | | |
| 45.   -Credit Suisse Commodity Return Strategy Fund | A | Dividend | | | Closed | 06/14/16 | J | | |
| 46.   -Wells Fargo Secured Market Deposit Fund | A | Dividend | | | Closed | 06/10/16 | K | | |
| 47.   -Robeco B/P Long/Short Fund | A | Dividend | | | Closed | 06/17/16 | K | | |
| 48.   -ASG Global Alternative Fund | A | Dividend | | | Closed | 06/14/16 | K | | |
| 49.   -Harbor Capital Appreciation Fund | B | Dividend | | | Closed | 06/14/16 | L | | |
| 50.   -Federated Strategic Value Fund | A | Dividend | | | Closed | 06/14/16 | K | | |
| 51.   -Calvert Capital Accumulation Fund | A | Dividend | | | Sold | 03/03/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Developing Market Fund | A | Dividend | | | Closed | 06/14/16 | K | | |
| 53. -Harbor International Fund | A | Dividend | | | Closed | 06/14/16 | K | | |
| 54. -Dodge & Cox Int'l Stock Fund | A | Dividend | | | Closed | 06/14/16 | K | | |
| 55. -Fidelity Advisors Emerging Market Income Fund | A | Dividend | | | Closed | 06/16/16 | J | | |
| 56. -iShares Russell Mid-Cap Value | A | Dividend | | | Closed | 06/10/16 | K | | |
| 57. -iShares Core S & P Small Cap | A | Dividend | | | Closed | 06/10/16 | K | | |
| 58. -SPDR S&P 500 ETF | A | Dividend | | | Closed | 06/10/16 | K | | |
| 59. -Vanguard High Yield Corp Fund | A | Dividend | | | Buy | 03/21/16 | J | | |
| 60. | | | | | Closed | 06/14/16 | J | | |
| 61. -Vanguard Intermediate Term Bond Fund | A | Dividend | | | Buy | 03/23/16 | J | | |
| 62. | | | | | Closed | 06/10/16 | J | | |
| 63. -T Rowe Price Short Term Bond Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 64. -Voya Int'l Real Estate Fund | A | Dividend | | | Closed | 07/11/16 | K | | |
| 65. Wells Fargo Rollover IRA #2 (H) | | | | | | | | | |
| 66. -Morgan Stanley Frontier Emerging Markets | A | Dividend | | | Closed | 06/20/16 | J | | |
| 67. -Ridgeworth Seix Floating Rate Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 68. -Voya Real Estate Fund | A | Dividend | | | Closed | 06/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Credit Suisse Commodity Return Strategy Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 70. -Robeco B/P Long/Short Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 71. -ASG Global Alternatives Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 72. -Harbor Capital Appreciation Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 73. -Federated Strategic Value Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 74. -Calvert Capital Accumulation Fund | A | Dividend | | | Sold | 03/03/16 | J | A | |
| 75. -Oppenheimer Developing Market Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 76. -Harbor International Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 77. -Dodge & Cox Int'l Stock Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 78. -Fidelity Advisors Emerging Market Income Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 79. -iShares Russell Mid-Cap Value | A | Dividend | | | Closed | 06/14/16 | J | | |
| 80. -iShares Core S & P Small Cap | A | Dividend | | | Closed | 06/14/16 | J | | |
| 81. -Voya Int'l Real Estate Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 82. -Wells Fargo Secured Market Deposit Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 83. -T Rowe S-T Bond Fund | A | Dividend | | | Closed | 06/20/16 | J | | |
| 84. -Vanguard High Yield Corp Fund | A | Dividend | | | Buy | 03/21/16 | J | | |
| 85. | | | | | Closed | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Intermediate Term Bond Fund | A | Dividend | | | Buy | 03/23/16 | J | | |
| 87. | | | | | Closed | 06/14/16 | J | | |
| 88. -SPDR S&P 500 ETF | A | Dividend | | | Closed | 06/14/16 | J | | |
| 89. Wells Fargo Inv. Account #6(H) | | | | | | | | | |
| 90. -ASG Global Alternatives Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 91. -Calvert Capital Accumulation Fund | A | Dividend | | | Sold | 03/03/16 | J | A | |
| 92. -Dodge & Cox Int'l Stock Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 93. -Driehaus Active Income Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 94. -Federated Strategic Value Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 95. -Fidelity Advisors Emerging Markets Income Fund | A | Dividend | | | Closed | 06/17/16 | J | | |
| 96. -Harbor Capital Appreciation Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 97. -Harbor International Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 98. -iShares Core S&P Small Cap | A | Dividend | | | Closed | 06/09/16 | J | | |
| 99. -iShares Russell Midcap Value | A | Dividend | | | Closed | 06/09/16 | J | | |
| 100. -Morgan Stanley Frontiere Emerging Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 101. -Nuveen Limited Term Muni Bond | A | Dividend | | | Closed | 06/15/16 | J | | |
| 102. -Ridgeworth Seix Floating Rate Fund | A | Dividend | | | Closed | 06/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Voya International Real Estate Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 104. -Voya Real Estate Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 105. -Barclays Bloomberg IPath | A | Dividend | | | Sold | 02/19/16 | J | A | |
| 106. -SPDR S&P 500 ETF | A | Dividend | | | Closed | 06/09/16 | J | | |
| 107. -Wells Fargo Secured Market Deposit Fund | A | Dividend | | | Closed | 06/15/16 | J | | |
| 108. -Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Closed | 06/09/16 | J | | |
| 109. -Vanguard High Yield Corp Fund | A | Dividend | | | Buy | 03/21/16 | J | | |
| 110. | | | | | Closed | 06/15/16 | J | | |
| 111. -Vanguard Intermediate Term Bond Fund | A | Dividend | | | Buy | 03/23/16 | J | | |
| 112. | | | | | Closed | 06/09/16 | J | | |
| 113. -Powershares DB Commodity Index | A | Dividend | | | Buy | 02/19/16 | J | | |
| 114. | | | | | Closed | 06/09/16 | J | | |
| 115. SunTrust Cash Accounts | C | Interest | O | T | Open | 04/29/16 | J | | |
| 116. SunTrust Investment Account #1(H) | | | | | | | | | |
| 117. -SPY ETF | C | Dividend | M | T | Open | 05/31/16 | M | | |
| 118. SunTrust Investment Account #2(H) | | | | | | | | | |
| 119. –SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | Open | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Driehaus Active Income Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 121. -Fidelity Advisors Emerging Markets Income Fund | A | Dividend | J | T | Open | 06/17/16 | J | | |
| 122. -Nuveen Limited Term Municipal Bond Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 123. -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 124. -Vanguard High Yield Corp Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 125. -Vanguard Intermediate Term Bond Fund | A | Dividend | J | T | Open | 06/09/16 | J | | |
| 126. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 127. -Federated Strategic Value Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 128. -Harbor Capital Appreciation Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 129. -Harbor International Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 130. -iShares Core S&P Small Cap ETF | A | Dividend | J | T | Open | 06/09/16 | J | | |
| 131. -iShares Russell Midcap ETF | A | Dividend | J | T | Open | 06/09/16 | J | | |
| 132. -Morgan Stanley Frontier Emerging Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 133. -SPDR S&P 500 ETF | A | Dividend | J | T | Open | 06/09/16 | J | | |
| 134. -Vanguard FTSE Emerging Fund | A | Dividend | J | T | Open | 06/09/16 | J | | |
| 135. -ASG Global Alternatives Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 136. -Voya International Real Estate Fund(X) | A | Dividend | | | Sold | 12/01/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Voya Real Estate Fund(X) | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 138. -Powershares DB Commodity Index(X) | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 139. SunTrust Investment Account #3(H) | | | | | | | | | |
| 140. -Federated Government Obligations Trust | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 141. -SPDR S&P 500 ETF | A | Dividend | K | T | Open | 06/02/16 | J | | |
| 142. SunTrust Investment Account #4(H) | | | | | | | | | |
| 143. -Federated Government Obligations Trust | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 144. -SPDR S&P 500 ETF | A | Dividend | K | T | Open | 06/02/16 | J | | |
| 145. SunTrust IRA Rollover #3(H) | | | | | | | | | |
| 146. -Federated Money Market Treasury Fund | A | Dividend | M | T | Buy | 06/30/16 | M | | |
| 147. -SunTrust Fiduciary Master Deposit Account | A | Dividend | M | T | Buy | 06/30/16 | N | | |
| 148. -AAPL Common | A | Dividend | J | T | Open | 05/31/16 | J | | |
| 149. -I-shares Core S&P Small Cap ETF | A | Dividend | L | T | Buy | 11/08/16 | L | | |
| 150. -I-shares DJ Select Div ETF | B | Dividend | K | T | Buy | 11/08/16 | K | | |
| 151. -I-shares MSCI EAFE ETF | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 152. -I-shares Russell Midcap ETF | B | Dividend | L | T | Buy | 11/08/16 | L | | |
| 153. -SPDR S&P 500 ETF | B | Dividend | M | T | Buy | 11/08/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 155. SunTrust IRA Rollover #4(H) | | | | | | | | | |
| 156. -SunTrust Fiduciary Master Deposit Account | A | Dividend | L | T | Buy | 06/30/16 | M | | |
| 157. -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 158. -I-shares DJ Select Div ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 159. -I-shares MSCI EAFE ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 160. -I-shares Russell Midcap ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 161. -SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 162. -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 163. SunTrust IRA Rollover #1(H) | | | | | | | | | |
| 164. -SunTrust Fiduciary Master Deposit Account | A | Dividend | L | T | Open | 06/10/16 | K | | |
| 165. -Fidelity Advisor Emerging Markets Income Fund | A | Dividend | J | T | Open | 06/16/16 | J | | |
| 166. -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 167. -T-Rowe Price ST Bond Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 168. -Vanguard High-Yield Corp Fund | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 169. -Vanguard Intermediate Term Bond Fund | A | Dividend | J | T | Open | 06/10/16 | J | | |
| 170. -Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | Open | 06/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Federated Strategic Val DivFund | A | Dividend | K | T | Open | 06/14/16 | K | | |
| 172.  -Harbor Capital Appreciation Fund | A | Dividend | L | T | Open | 06/14/16 | L | | |
| 173.  -Harbor International Fund | A | Dividend | K | T | Open | 06/14/16 | K | | |
| 174.  -I-shares Core S&P Small Cap ETF | A | Dividend | K | T | Open | 06/10/16 | K | | |
| 175.  -I-shares Russell Midcap ETF | A | Dividend | K | T | Open | 06/10/16 | K | | |
| 176.  -Morgan Stanley Frontier Emerging Fund | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 177.  -Oppenheimer Dev. Markets Fund | A | Dividend | K | T | Open | 06/14/16 | K | | |
| 178.  -SPDR S&P 500 ETF | A | Dividend | K | T | Open | 06/10/16 | K | | |
| 179.  -ASG Global Alternatives Fund | A | Dividend | K | T | Open | 06/14/16 | K | | |
| 180.  -Boston Partners Long/Short Fund | A | Dividend | K | T | Open | 06/17/16 | K | | |
| 181.  -Credit Suisse Commodity Fund(X) | A | Dividend | | | Sold | 12/02/16 | J | A | |
| 182.  -Voya Real Estate Fund(X) | A | Dividend | | | Sold | 12/02/16 | K | A | |
| 183.  -Voya Int'l Real Estate Fund(X) | A | Dividend | | | Sold | 12/02/16 | K | A | |
| 184.  SunTrust IRA Rollover #2(H) | | | | | | | | | |
| 185.  -SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | Open | 06/15/16 | J | | |
| 186.  -Fidelity Advisor Emerging Markets Income Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 187.  -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -T-Rowe Price ST Bond Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 189. -Vanguard High Yield Corp Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 190. -Vanguard Intermediate Term Corp Fund | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 191. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 192. -Federated Strategic Val. Div. Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 193. -Harbor Capital Appreciation Fund | A | Dividend | K | T | Open | 06/20/16 | J | | |
| 194. -Harbor International Fund | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 195. -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 196. -I-shares Russell Midcap ETF | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 197. -Morgan Stanley Frontier Emerging Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 198. -Oppenheimer Dev. Markets Fund | A | Dividend | J | T | Open | 06/15/16 | J | | |
| 199. -SPDR S&P 500 ETF | A | Dividend | J | T | Open | 06/14/16 | J | | |
| 200. -ASG Global Alternatives Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 201. -Boston Partners Long/Short Fund | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 202. -Credit Suisse Commodity Fund(X) | A | Dividend | | | Sold | 12/02/16 | J | A | |
| 203. -Voya Real Estate Fund(X) | A | Dividend | | | Sold | 12/02/16 | J | A | |
| 204. -Voya International Real Estate Fund(X) | A | Dividend | | | Sold | 12/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SunTrust 401-K (H) | | | | | | | | | |
| 206. -Vanguard Insitutional Index Fund | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 207. -Vanguard Russell Extended Market Index | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 208. -Vanguard Total International Stock Index | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 209. -Vanguard Treasury Money Market | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 210. -Vanguard Short Term Bond Index | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 211. Optum HSA Account | A | Interest | J | T | Buy | 09/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in Part VII on lines 115-144, 148, 163-204 were assets that were held in accounts that were closed in 2016.  The assets in their entirety were transferred to new accounts during 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin A. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544